NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOE LEWIS MCCAIN, JR., DOC #H33372,  )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-4377
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed October 11, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

PER CURIAM.

            Affirmed.

KELLY, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.